HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
BENJAMIN A. GERSON, NY BAR #5505144
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
ISMAEL MORALES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ISMAEL MORALES,<br><br>Defendant. | Case No. 6:17-mj-00088-JDP<br><br>**STIPULATION TO VACATE REVIEW HEARING; ORDER** |

The parties, through their respective counsel, Susan St. Vincent, Legal Officer, Yosemite National Park, counsel for the government, and Benjamin A. Gerson, Assistant Federal Defender, counsel for the defendant, Ismael Morales, hereby stipulate and jointly move this Court to vacate the review hearing currently calendared for May 5, 2020.

On June 6, 2018, Honorable Jeremy D. Peterson sentenced Mr. Morales to pay fines and special assessments totaling $2,000.00, complete the Multi-Offender DMV course and attend AA meetings weekly for 12 months.  Mr. Morales has completed all terms of probation and respectfully moves the court to vacate the review hearing.  The government does not object to this request.

//

//

//

                                    Respectfully submitted,

                                    McGREGOR W. SCOTT
                                    United States Attorney

Dated:  May 1, 2020                */s/ Susan St. Vincent*
                                    SUSAN ST. VINCENT
                                    Acting Legal Officer
                                    National Park Service
                                    Yosemite National Park

                                    HEATHER E. WILLIAMS
                                    Federal Defender

Dated: May 1, 2020                 */s/ Benjamin A. Gerson*
                                    BENJAMIN A. GERSON
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    ISMAEL MORALES

ORDER

Based on the parties' joint representation that Mr. Morales has satisfied the conditions of his probation, the court vacates the review hearing scheduled for May 5, 2020, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   May 4, 2020

UNITED STATES MAGISTRATE JUDGE